

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **JONATHAN HAILE** | **CIVIL ACTION NO. 07-1861-A** |
| -vs- | **JUDGE DRELL** |
| **RICHARD STALDER, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed to Mr. Haile's last known address was returned to the Clerk of Court on December 28, 2007, marked "Return to Sender; Refused; Unable to Forward." More than thirty days have passed since December 28, 2007, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 20th day of February, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE